UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(CAMDEN VICINAGE)

| | |
|---|---|
| Carl and Barbara D'Argenzio, Individually & as H/W<br><br>      Plaintiffs,<br><br>   v.<br><br>Bank of America Corporation, f/k/a<br>Countrywide Bank, FSB<br>      Defendants. | Civil Action No. 09-cv-05604-JBS |

## STIPULATION IN THE FORM OF A CONSENT ORDER

AND NOW, this 22 day of April, 2010, upon agreement of the parties by and through their counsel, the following is hereby Ordered:

1) The caption and all references to "Bank of America Corporation, f/k/a Countrywide Bank, FSB" shall be deemed corrected to read "Bank of America, N.A., f/k/a Countrywide Bank, FSB";

2) Service of the complaint is acknowledged and the date by which defendant Bank of America Corporation, f/k/a Countrywide Bank, FSB must answer or otherwise respond is thirty (30) days from entry of this Order.

By:   /s/William T. Marshall Jr.
      William T. Marshall Jr., Esq.
      Zeichner Ellman & Krause LLP
      103 Eisenhower Parkway
      Roseland, New Jersey 07068
      Attorney for Defendant

      /s/Matthew B. Weisberg
      WEISBERG LAW, P.C.
      Attorney I.D. No. 85570
      1500 Walnut St., Ste. 1100
      Philadelphia, PA  19102
      Attorney for Plaintiff

BY THE COURT:

Hon. Jerome B. Simandle
U.S. DISTRICT COURT JUDGE