# ZEICHNER ELLMAN & KRAUSE LLP

103 EISENHOWER PARKWAY
ROSELAND, NEW JERSEY 07068
(973) 618-9100
FAX: (973) 364-9960
www.zeklaw.com

575 LEXINGTON AVENUE
NEW YORK, NY 10022
(212) 223-0400
FAX: (212) 753-0396

-------

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

KERRY A. DUFFY
kduffy@zeklaw.com

April 29, 2011

**BY ECF FILING-COURTESY COPY BY MAIL**

Honorable Jerome B. Simandle, U.S.D.J.
U.S. District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets-Room 6010
Camden, New Jersey 08101

    Re: Carl D'Argenzio and Barbara D'Argenzio
       v. Bank of America Corporation, f/k/a
       Countrywide Bank, FSB
       Civil Action No. 09-5604 (JBS, JS)
       Our File No. 82978.053

Dear Judge Simandle:

  We represent Defendant Bank of America, N.A. ("BOA") in this matter. Enclosed please find a courtesy copy of the following documents:

1. Notice of Motion for Summary Judgment on Behalf of Defendant BOA Dismissing the Complaint of Plaintiffs Carl D'Argenzio and Barbara D'Argenzio;

2. Memorandum of Law in Support of Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56;

3. Statement of Facts Not in Dispute;

4. Declaration, with Exhibits, of William T. Marshall, Jr.; and

5. Proposed Order Granting Summary Judgment Dismissing the Complaint of Plaintiffs Carl D'Argenzio and Barbara D'Argenzio.

ZEICHNER ELLMAN & KRAUSE LLP

Honorable Jerome B. Simandle, U.S.D.J.
U.S. District Court
District of New Jersey
April 29, 2011
Page 2

   BOA electronically filed its motion for summary judgment dismissing Plaintiffs' Complaint on April 29, 2011. Counsel of record was electronically noticed of same.

            Respectfully yours,

            Kerry A. Duffy

KDF:kad
Enclosures

cc: Matthew B. Weisberg, Esq.