UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Carl and Barbara D'Argenzio, Individually & as H/W 105 Salem Avenue Blackwood, NJ 08012 | : : : : : CIVIL ACTION NO.: 09-5604 |
| Plaintiffs, | : : |
| v. | : : |
| Bank of America Corporation f/k/a Countrywide Bank, FSB 100 N Tryon St Charlotte, NC 28255 | : : : JURY OF TWELVE (12) JURORS DEMANDED : |
| And | : : |
| John Does 1-10 Defendants. | : : : |

## STIPULATION

AND NOW this 13th day of May, 2011, it is hereby STIPULATED and AGREED, by and between all parties, by and through their undersigned counsel, that:

1. Plaintiffs shall file the proposed Amended Complaint (Docket No. 33, Exh. 1) within ten (10) days from the date of entry of the below Order;

2. Plaintiffs' Motion to Amend (Docket No. 33) is dismissed as moot;

3. Defendant's Motion for Summary Judgment (36) shall remain pending as it contemplates the Amended Complaint's filing; and

4. Plaintiffs shall respond to Defendant's Motion for Summary Judgment within twenty-one (21) days from the date of the Amended Complaint's filing.

5.  The return date for Defendant's Motion for Summary Judgment is adjourned from June 6, 2011 to ___July 19___, 2011, without oral argument unless otherwise ordered.

JBS
5/13/11

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorneys for Plaintiff

William T. Marshall, Jr., Esquire
Attorney for Defendants

**AND IT IS SO ORDERED.**

Jerome B. Simandle        ,J.