# Weisberg Law, P.C.
## also t/a Consumer Justice Alliance
*Attorneys at Law*

**7 South Morton Avenue**
**Morton, Pennsylvania 19070**
**Ph: 610.690.0801**
**Fax: 610.690.0880**

| | |
|---|---|
| Philadelphia County, Pennsylvania | *Matthew B. Weisberg*\*^ |
| 1500 Walnut St., Ste. 1100 | Graham F. Baird^ |
| Philadelphia, PA 19102 | Robert P. Cocco~+ |
| | |
| | \*NJ & PA Office Manager |
| Camden County, New Jersey | ^Licensed in PA & NJ |
| Two Aquarium Dr., Ste. 200 | ~Licensed in PA |
| Camden, NJ 08103 | +Of Counsel |

Web-Site:  www.weisberglawoffices.com
E-Mail:  mweisberg@weisberglawoffices.com

*Thursday, June 09, 2011*

**Via ecf**
Hon. Jerome Simandle

    RE: D'Argenzio v. Bank of America, No.: 09-5604

Your Honor:

    Please be advised that defense counsel is unopposed to plaintiffs' Motion for extension of time to answer Defendant's Motion for Summary Judgment.

    Sincerely,

    *Matthew Weisberg*

    Matthew B. Weisberg, Esquire

MBW/fes

cc:    *W. Marshall, Esq.*