```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| CARL D'ARGENZIO AND BARBARA D'ARGENZIO,<br><br>              Plaintiffs,<br><br>     v.<br><br>BANK OF AMERICA CORPORATION f/k/a COUNTRYWIDE BANK, FSB,<br><br>              Defendant. | HON. JEROME B. SIMANDLE<br><br>Civil No. 09-5604 (JBS/JS)<br><br><br>**ORDER** |

   This matter having come before the Court upon Defendant Bank of America Corporation f/k/a Countrywide Bank, FSB's motion for summary judgment [Docket Item 36]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

   IT IS this **21st** day of **November, 2011** hereby

   ORDERED the Defendant's motion for summary judgment is DENIED.

                                     **s/ Jerome B. Simandle**
                                     JEROME B. SIMANDLE
                                     United States District Judge