```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                      CAMDEN VICINAGE
```

| | |
|---|---|
| CARL D'ARGENZIO, et al., | :  |
| Plaintiffs, | : |
| v. | : Civil No. 09-5604(JBS/JS) |
| BANK OF AMERICA, N.A., et al., | : |
| Defendants. | : |

### AMENDED SCHEDULING ORDER

IT IS this **22nd** day of **November, 2011,** hereby **ORDERED:**

1. It will be necessary for counsel to cooperate in preparing the form Joint Final Pretrial Order. The instructions for preparing the Order can be found on the website at http://www.njd.uscourts.gov/otherGuides.html (Pretrial Orders). The Joint Final Pretrial Order (**original and two copies for the court, with sufficient copies for all counsel**), as signed by all counsel, shall be delivered to me **three (3) days before** the conference on **January 19, 2012 at 2:00 p.m.**  The plaintiffs' portion of the proposed order shall be prepared and sent to defense counsel no later than **December 20, 2011.**  Defendant's portion of the proposed order shall be prepared and returned to counsel for plaintiffs no later than **January 3, 2012.**

**LEAD TRIAL COUNSEL FOR ALL PARTIES SHALL APPEAR AT THE FINAL PRETRIAL CONFERENCE AND SHALL BE PREPARED TO DISCUSS SETTLEMENT OF THE CASE.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                       s/ Joel Schneider
                                       JOEL SCHNEIDER
                                       United States Magistrate Judge