IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CARL D'ARGENZIO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | Civil No. 09-5604(JBS/JS) |

## AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the conference on February 23, 2012; and the Court noting the following appearances: Matthew B. Weisberg, Esquire, appearing on behalf of the plaintiffs; and William T. Marshall, Esquire, appearing on behalf of the defendant Bank of America, N.A.

IT IS this **23rd** day of **February, 2012**, hereby **ORDERED**:

1. By **March 2, 2012**, defendant shall file its letter brief in response to plaintiff's "late notice" objections to defendant's fact and expert witnesses. Plaintiff shall respond by **March 9, 2012**.

2. By no later than **March 15, 2012**, the parties shall exchange copies of their proposed trial exhibits.

3. By **March 31, 2012**, the parties shall serve the final signed version of the Joint Final Pretrial Order.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge