## ZEICHNER ELLMAN & KRAUSE LLP

103 EISENHOWER PARKWAY
ROSELAND, NEW JERSEY 07068
(973) 618-9100
FAX: (973) 364-9960
www.zeklaw.com

575 LEXINGTON AVENUE
NEW YORK, NY 10022
(212) 223-0400
FAX: (212) 753-0396

-------

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

WILLIAM T. MARSHALL, JR.
wmarshall@zeklaw.com

March 15, 2012

**BY FACSIMILE & ECF**

Honorable Joel Schneider, U.S.M.J.
U.S. District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 2060
Camden, New Jersey 08101

**Facsimile No. (856) 757-5355**

Re: Carl D'Argenzio and Barbara D'Argenzio v. Bank of America Corporation, f/k/a Countrywide Bank, FSB
Civil Action No. 09-5604 (JBS, JS)
Our File No. 82978.053

Dear Judge Schneider:

We represent Defendant Bank of America, N.A., f/k/a Countrywide Bank, FSB ("BANA") in the above-captioned matter. This letter represents a request, with the consent of Matthew B. Weisberg, Esq., Counsel for Plaintiffs, to extend the time in the Amended Scheduling Order dated February 23, 2012 (Doc. 81) for the parties to exchange copies of their proposed trial exhibits from March 15, 2012 to March 21, 2012. The reason for the request is that the undersigned is still in the process of coordinating and attempting to narrow or streamline the numerous trial exhibits and properly identify them with bates stamped numbers. The undersigned's efforts have been hampered by intervening other events, including an appellate brief, appellate argument and a contentious, emergent matter involving a TRO and preliminary injunction. Completion of same by Wednesday, March 21st should pose no problem.

Respectfully yours,

William T. Marshall, Jr.

WTM:kad

cc: Matthew B. Weisberg, Esq. (by facsimile and ECF)